ACCEPTED
01-15-00593-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/19/2015 9:04:26 AM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS
### NO. 01-15-00593-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/19/2015 9:04:26 AM
CHRISTOPHER A. PRINE
Clerk

**TROY XAVIER EVANS**
Appellant,

On Appeal From the 174th
District Court of Harris County
Trial Cause No. 1423548

V.

**THE STATE OF TEXAS**
Appellee

## SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

ANGELA CAMERON, attorney of record for Appellant in the above cause, would respectfully request the Court to grant her motion to extend time for file brief. In support of said motion, counsel would show unto the Court the following:

### I.

This appeal lies from Appellant's conviction in *The State of Texas v. Troy Xavier Evans* Cause Number 1423548 in the 174th District Court of Harris County. Evans was found guilty of burglary of a habitation and sentenced to twenty-five (25) years confinement in the Texas Department of Criminal Justice – Institutional Division. Notice of Appeal was timely filed. The brief is due on October 23, 2015. One prior extension has been granted.

## II.

Counsel will be unable to file the brief in this cause as has been completing the following tasks:

1. Preparing and filing a Petition for Discretionary Review in *Lajuan Cecile Bailey v. State of Texas,* Cause No. PD-1087-15 which was filed on September 21, 2015.

2. Preparing and filing a brief in *Lawson Echeta v. State of Texas,* Cause No. 01-15-00557-CR which was filed on October 19, 2015

3. Counsel had been doing investigation into a possible Motion for New Trial in *State of Texas v. Huey Jones,* Cause Number 1463572 in the 177th District Court of Harris County. The deadline for filing a Motion for New Trial is October 22, 2015.

4. Counsel had been doing investigation into a possible Motion for New Trial in *State of Texas v. Joshua Barnett,* Cause Number 1451490 in the 230th District Court of Harris County. The deadline for filing a Motion for New Trial is November 12, 2015.

## VI.

An extension of time is necessary so that the brief can be timely filed. This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Brief in the above cause and extend the time for filing the brief for at least thirty (30) days.

Respectfully submitted,

Alexander Bunin
Chief Public Defender

/s/ *Angela Cameron*

Angela Cameron
State Bar No. 00788672
Harris County Public Defender's Office
1201 Franklin 13th Floor
Houston, Texas 77002
Tel: 713-368-0016
angela.cameron@pdo.hctx.net

## CERTIFICATE OF SERVICE

I certify that on the 19th day of October 2015 a copy of the foregoing instrument has been electronically served upon the State of Texas.

/s/ *Angela Cameron*
ANGELA CAMERON